**DISMISS; and Opinion Filed February 3, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00091-CR
No. 05-14-00092-CR
No. 05-14-00093-CR
No. 05-14-00094-CR

**TROY LEE PERKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lang-Miers

Troy Lee Perkins pleaded guilty to four aggravated robbery offenses. Pursuant to plea agreements, he was sentenced to twelve years' imprisonment in each case. Sentence was imposed in open court on January 7, 2008, and appellant did not appeal at that time. The Court now has before it appellant's January 27, 2014 third out-of-time notice of appeal for these cases.[1] In his third "general notice of appeal," appellant seeks to withdraw his guilty pleas and permission to appeal.

---

[1] This Court has twice before dismissed appeals involving these same trial court numbers for want of jurisdiction. *See Perkins v. State*, Nos. 05-13-01119‒01122-CR (Tex. App.-‒Dallas Sept. 11, 2013, pet. ref'd); *See Perkins v. State*, No. 05-12-01511-CR (Tex. App.-‒Dallas Dec. 13, 2012, no pet.); *Perkins v. State*, Nos. 05-12-01512‒01514-CR (Tex. App.-‒‒Dallas, Nov. 28, 2012, no pet.).

Appellant's January 27, 2014 notice of appeal is untimely as to his January 7, 2008 sentences in these cases. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Moreover, the Court has received nothing from the Texas Court of Criminal Appeals stating appellant has been granted out-of-time appeals, and this Court has no authority to grant appellant out-of-time appeals.

We dismiss the appeals for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140091F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00091-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F07-00645-S.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 3rd day of February, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00092-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F07-71769-S.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 3rd day of February, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

–4–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00093-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71970-S.
Opinion delivered by Justice Lang-Miers, Justices Francis and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 3rd day of February, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00094-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F07-71990-S.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 3rd day of February, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE